UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BULLET POWDERCOATING, LLC,
BULLET CONCEPTS, LLC, and         Case No. 8:18-cv-852-EAK-CPT
ROBERT RUNMAN,

    Plaintiffs,

v.

TWIST AFTERMARKET, LLC, and
DOUGLAS A. JOHNSON,

    Defendants.
_____

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

The undersigned as counsel for Defendants and pursuant to this Court's Interested Person's Order (Doc. No. 5), hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.    Plaintiff, Bullet Powdercoating, LLC;

    b.    Plaintiff, Bullet Concepts, LLC;

    c.    Plaintiff, Robert Runman;

    d.    Richard E. Fee, Esq., counsel for Plaintiff;

    e.    Kathleen M. Wade, Esq., counsel for Plaintiff;

    f.    Fee & Jeffries, P.A., counsel for Plaintiff;

      g.    Dinsmore & Shohl, LLP, counsel for Defendant Twist Aftermarket, LLC;

      h.    Alan M. Oravec, Esq., counsel for Defendant Twist Aftermarket, LLC;

      i.    Mark D. Schneider, Esq., counsel for Defendant Twist Aftermarket, LLC;

      j.    Thomas E. Anderson, Esq., counsel for Defendant Twist Aftermarket, LLC;

      k.    Defendant, Twist Aftermarket, LLC; and

      l.    Defendant, Douglas Johnson.

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:    None.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in the bankruptcy cases:    None.

4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to resolution:

      a.    Bullet Powdercoating, LLC;

      b.    Bullet Concepts, LLC;

      c.    Robert Runman;

      d.    Twist Aftermarket, LLC; and

      e.    Douglas Johnson.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  June 8, 2018                                           Respectfully submitted,

                                                               DINSMORE & SHOHL, LLP

                                                               /s/  Thomas E. Anderson
                                                               Thomas E. Anderson (345822)
                                                               900 Wilshire Drive, Suite 300
                                                               Troy, MI 48084
                                                               (248) 203-1607
                                                               thomas.anderson@dinsmore.com
                                                               *Attorneys for Twist Aftermarket, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, a true and accurate copy of the foregoing document was electronically filed with the Court via the CM-ECF system to all attorneys for record, and emailed to the following:

> Bullet Powdercoating, LLC
> c/o Richard Fee, Esq.
> Fee & Jeffries, P.A.
> 1227 N. Franklin Street
> Tampa, FL 33602
> rfee@feejeffries.com

**Further,** I also certify that the foregoing document was served via first class mail to Defendant Douglas Johnson at the following address:

> Mr. Douglas Johnson
> 12106 Baytree Drive
> Riverview, FL 33569

I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge, and belief.

                                                               /s/  Thomas E. Anderson
                                                               Thomas E. Anderson (345822)